[No. 25181-7-II.   Division Two.   December 8, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. ROSANNA RUTH BLAIR, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00270-6, Randolph Furman, J., entered August 24, 1999. *Affirmed* by unpublished opinion per Penoyar, J. Pro Tem., concurred in by Morgan and Bridgewater, JJ.

[No. 46517-1-I.   Division One.   December 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. T.V.P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-06676-8, Julie Spector, J., entered March 31, 2000. *Reversed* by unpublished per curiam opinion.

[No. 46074-9-I.   Division One.   December 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY S. HINTZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02487-3, Janice Niemi, J., entered January 18, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 45916-3-I.   Division One.   December 11, 2000.]

VIRGINIA JENNY CALLAHAN, *Plaintiff*, v. EDNA L. SCHAEFFER, *as Personal Representative of the Estate of Randall Duane Schaeffer, Appellant*, FARMERS INSURANCE EXCHANGE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-19843-5, Glenna Hall, J., entered December 15, 1999. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid, C.J., and Kennedy, J.